# Court of Appeals
# of the State of Georgia

ATLANTA,___June 20, 2012___

*The Court of Appeals hereby passes the following order:*

**A12D0414.  ANDRE ATES v. CALVARY PORTFOLIO SERVICES, LLC.**

Andre Ates seeks discretionary review of the trial court's order granting summary judgment in favor of plaintiff Calvary Portfolio Services, LLC in this debt collection action.  Orders granting summary judgment are subject to direct appeal.  See OCGA § 9-11-56 (h).  Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  The trial court's order was entered on April 30, 2012, but Ates did not file this application until 31 days later, on May 31, 2012.  Accordingly, his untimely application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,_06/20/2012___
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.


, Clerk.